IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

JERMEL ARCILICIA TAYLOR,

        Plaintiff,

   v.                                    Case No. 2:25-cv-01685-HL

KARIN IMMERGUT,                  **FINDINGS AND**
                                                           **RECOMMENDATION**

        Defendant.

HALLMAN, United States Magistrate Judge:

        Plaintiff Jermel Taylor, a self-represented litigant in custody at Snake River Correctional Institution, filed this action against United States District Court Judge Karin Immergut. Compl., ECF 1. Because Plaintiff failed to pay the requisite filing fee, his Complaint should be DISMISSED without prejudice.

        Plaintiff filed this Complaint on September 19, 2025. ECF 1. In it, Plaintiff acknowledged that he has had cases dismissed pursuant to the "three strikes rule" under 28 U.S.C. § 1915(g). Compl. 8. This Court's prior order identified nine such cases. Order 2, ECF 9.

PAGE 1 – FINDINGS AND RECOMMENDATION

As a result, 28 U.S.C. § 1915(g) bars Plaintiff from proceeding *in forma pauperis* unless he is at risk of "imminent danger of serious physical injury." And as noted in this Court's prior order, Plaintiff's current claim does not qualify for that exception. Order 3. Accordingly, this Court ordered that Plaintiff pay the requisite $405.00 filing fee by November 7, 2025, and notified him that failing to do so would result in his claim being dismissed without prejudice. *Id.*

To date, Plaintiff has not paid the filing fee. Therefore, Plaintiff's Complaint should be dismissed without prejudice.

## RECOMMENDATION

Plaintiff's Complaint, ECF 1, should be DISMISSED without prejudice.

## SCHEDULING ORDER

The Findings and Recommendation will be referred to a district judge. Objections, if any, are due fourteen (14) days from service of the Findings and Recommendation. If no objections are filed, then the Findings and Recommendation will go under advisement on that date.

A party's failure to timely file objections to any of these findings will be considered a waiver of that party's right to de novo consideration of the factual issues addressed herein and will constitute a waiver of the party's right to review of the findings of fact in any order or judgment entered by a district judge. These Findings and Recommendation are not immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment.

DATED this 17th Day of November, 2025.

_____
ANDREW HALLMAN
United States Magistrate Judge