IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JERMEL ARCILICIA TAYLOR,

    Plaintiff,

v.

KARIN IMMERGUT,

    Defendant.

Case No. 2:25-cv-01685-HL

ORDER

**BAGGIO, District Judge:**

    Magistrate Judge Hallman issued a Findings and Recommendation on November 17, 2025, in which he recommends that the Court dismiss Plaintiff's Complaint without prejudice. F&R, ECF No. 14. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v.*

1 – ORDER

*Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding *de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Hallman's Findings and Recommendation [14]. Accordingly, Plaintiff's Complaint [1] is dismissed without prejudice.

IT IS SO ORDERED.

DATED this __10th__ day of December, 2025.

_____
AMY M. BAGGIO
United States District Judge

2 – ORDER